DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JOSE MORAN-MARQUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 08-319 EJG |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER VACATING |
| v.  ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| JOSE MORAN-MARQUEZ  ) | |
| Defendant.  ) | |
| ) | Date: SEPTEMBER 19, 2008 |
| _____ ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE MORAN-MARQUEZ, that the status conference scheduled for August 8, 2006, be vacated and the matter be continued to this Court's criminal calendar on September 19, 2008, at 10:00 a.m, for status.

This continuance is requested by the defense in order to permit further client consultation, investigation and further negotiations with the prosecution.

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.

7  The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the September 19, 2008 date, and that
9  Mr. McConkie has authorized Ms. Santos to sign this stipulation on his
10 behalf.

11 **IT IS SO STIPULATED**.

13 Dated: August 6, 2008      /S/ Dina L. Santos
                                    DINA L. SANTOS
14                                  Attorney for Defendant
                                    JOSE MORAN-MARQUEZ

16 Dated: August 6, 2008      /S/ Daniel McConkie
                                    DANIEL MCCONKIE
17                                  Assistant United States Attorney
                                    Attorney for Plaintiff

19                              **O R D E R**

20 **IT IS SO ORDERED**.
21          By the Court,

23 Dated: August 7, 2008       /s/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE

Stipulation and Order            2