1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JOSE EDUARDO MORAN-MARQUES
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. 2:07-00206 EJG
                                   )  & 07-363 & 08-319
14          Plaintiff,              )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
15     v.                           )  **AND EXCLUDING TIME**
                                   )
16 JOSE EDUARDO MORAN-MARQUES,     )
                                   )  Date:  December 12, 2008
17          Defendant.              )  Time:  10:00 a.m.
                                   )  Judge: Edward J. Garcia
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, JOSE EDUARDO MORAN-MARQUES, through their
22 respective attorneys, that the status conference presently scheduled for
23 December 12, 2008, may be continued to January 9, 2009, at 10:00 a.m.
24      Defense continues to collect records concerning prior offenses.
25 Also, defendant has asked to consult with El Salvador consular officials
26 and the local consul has recently agreed to speak with him.  To afford
27 time to complete necessary tasks, the parties agree that time under the
28

Speedy Trial Act may be excluded through January 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  December 10, 2008          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for JOSE EDUARDO MORAN-MARQUES


McGREGOR SCOTT
United States Attorney

Dated:  December 10, 2008          /s/ T. Zindel for
                                   DANIEL S. McCONKIE
                                   Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 9, 2009, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: December 10, 2008           /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   United States District Judge

Stip & Order                       -2-