IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | Plaintiff, | No. CR-S-08-319 EJG GGH |
| | vs. | |
| _____ | | |
| MORAN-MARQUEZ | Defendant. | |
| _____/ | | |

    Pursuant to the order at hearing this 27th day of January 2009, defendant Moran-Marquez shall be afforded the opportunity to telephonically call the consulate of the country (El Salvador) of which he is a citizen.  The phone call shall take place at the Sacramento County Jail, and shall be made pursuant to the same procedures applicable to inmate-attorney phone calls.

IT IS SO ORDERED

DATED: January 27, 2009

                                                        /s/ Gregory G. Hollows

                                                    _____
                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE