1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    )   Cr. No. 2:08-0319 EJG
            Plaintiff,              )
11                                  )
                                    )
12     v.                           )
                                    )   ORDER FOR MENTAL COMPETENCY
   JOSE EDUARDO MORAN-MARQUEZ,      )   EVALUATION AND HEARING
13                                  )
            Defendant.              )
14 _____ )

15

16                        **ORDER**

17     THIS MATTER was before the Court on July 10, 2009 upon the Defendant's Motion for

18 Determination of Mental Competency pursuant to Title 18, United States Code, Sections 4241 and 4247.

19 The Court, being fully advised of the premises, finds that there is reasonable cause to believe that the

20 defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent

21 to the extent that he is unable to understand the nature and consequences of the proceedings against him

22 or to assist properly in his defense; accordingly,

23     **IT IS ORDERED** that a psychiatric or psychological examination shall be conducted by the

24 Bureau of Prisons to evaluate the defendant's competency pursuant to 18 U.S.C. §4241(b).  A report of

25 that examination shall, pursuant to 18 U.S.C. §4247, be filed with the Court within thirty (30) days of the

26 date of this Order.

27     **IT IS FURTHER ORDERED** that the Bureau of Prisons conduct the psychiatric or

28 psychological examination at the closest suitable facility to Sacramento, California.

       **IT IS FURTHER ORDERED** that a competency hearing, pursuant to 18 U.S.C.  §4241(c) and

1   18 U.S.C. §4247(d), be scheduled for August 7, 2009.

2        **IT IS FURTHER ORDERED** that the time beginning July 10, 2009 and extending through

3   August 7, 2009 is excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C.

4   3161(h)(1)(a), Local Code  A,  for examination and hearing regarding the defendant's mental capacity.

5

6   DATED:    July 13, 2009

7                                                    /s/ Edward J. Garcia
                                                     HONORABLE EDWARD J. GARCIA
8                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28