**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

October 20, 2009

The Honorable Edward J. Garcia
4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, California 95814-7300

**FILED**

NOV 0 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

RE:  MORAN-MARQUEZ, Jose Eduardo
     Register Number:   17065-097
     Docket Number:     CR. S-08-319 EJG

Dear Judge Garcia:

The above-referenced individual was admitted to the Mental Health Unit of this facility on October 19, 2009 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Moran-Marquez, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility. If this request is granted, the evaluation period will end on February 15, 2010. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

*Atten: Clerk of Court*

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension 5475.

Respectfully,

Sara M. Revell, Complex Warden

SMR/dsm

(GRANTED)/DENIED (Circle One)

Signature: _____          DATE: 11/3/09
           District Judge Edward J. Garcia

cc:  Michael Dwight Anderson, Assistant United States Attorney
     Todd David Leras, Assistant United States Attorney
     Dina Lee Santos/Timothy Zindel, Defense Attorney

Faxed to: 919-575-4866 on 11/4/09, C. Lydon