```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOSE EDUARDO MORAN-MARQUEZ,<br><br>         Defendant. | ) CR. S-07-206 EJG<br>) CR. S-07-363 EJG<br>) CR. S-08-319 EJG<br>) **AA MODIFIED**<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING HEARING ON MENTAL<br>) COMPETENCY<br>)<br>) Time: 1:30 p.m.<br>) Date: Tues., May 25, 2010<br>) Court: Hon. Edward J. Garcia |

    The parties request that the mental competency hearing currently set for Tuesday, May 18, 2010, at 1:30 p.m., be continued to Tuesday, May 25, 2010, at 1:30 p.m., and stipulate that the time beginning Tuesday, May 18, 2010, and extending through Tuesday, May 25, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.  I have spoken with defense counsel, Timothy Zindel, and he has agreed, subject to the court's approval, to this continuance.

    This continuance is requested because the government's primary witness, Dr. Jill Grant, is unavailable to appear in

1  person in Sacramento on May 18, 2010.  Although Dr. Grant would
2  be available by video teleconference on May 18, 2010, Mr. Zindel
3  stated that he wishes to have Dr. Grant physically present in
4  Sacramento for the hearing because he is concerned that testimony
5  of this witness by video teleconference will not adequately
6  protect the statutory and due process rights of the defendant.
7       Accordingly, the parties believe that the continuance should
8  be excluded from the calculation of time under the Speedy Trial
9  Act.  The additional time is necessary to ensure the presence of
10 an important witness at the defendant's mental competency
11 hearing.  The defendant has been found incompetent to stand trial
12 and the hearing is necessary to determine if the defendant has
13 been returned to competency.  18 U.S.C. § 3161(h)(1)(A) and
14 (h)(4); Local Codes A and N.

                                                 Respectfully Submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

DATED: May 7, 2010          By:  */s/ Michael D. Anderson*
                                                 MICHAEL D. ANDERSON
                                                 Assistant U.S. Attorney


DATED: May 7, 2010          By:  */s/ Michael D. Anderson* for
                                                 TIMOTHY ZINDEL
                                                 Attorney for the Defendant

///
///

**ORDER**

The mental competency hearing in case numbers S-08-319 EJG, S-07-363 EJG, and S-07-206 EJG, currently set for Tuesday, May 18, 2010, at 1:30 p.m., is continued to Tuesday, May 25, 2010, at 1:30 p.m., and the time beginning Tuesday, May 18, 2010, and extending through Tuesday, May 25**\*\***, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(1)(A) and (h)(4); Local Codes A and N. IT IS SO ORDERED.

DATED: May 10, 2010                    /s/ Edward J. Garcia
                                       United States District Judge