DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE EDUARDO MORAN-MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE EDUARDO MORAN-MARQUEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:07-00206 EJG <br> No. 2:07-00363 EJG <br> No. 2:08-00319 EJG <br><br> **ORDER AFTER COMPETENCY HEARING** <br><br> Judge: Edward J. Garcia |

This Order summarizes the Court's ruling of June 11, 2010, following an evidentiary hearing held May 25, 2010, to determine whether defendant is presently competent to stand trial.

The Court ruled as follows. Each psychologist who evaluated defendant found him to suffer from a mental disease or defect: Schizophrenia, Paranoid Type. The evidence shows that defendant is presently able to understand the nature and consequences of the proceedings against him. However, the Court finds by a preponderance of the evidence that defendant is not able to assist properly in his

1  defense, in light of his mental disease.  Accordingly, the Court orders
2  defendant re-committed to the custody of the Attorney General for
3  treatment in a suitable facility pursuant to 18 U.S.C. § 4241(d)(2).
4      **IT IS SO ORDERED.**

6  Dated:  June 21, 2010        /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
7                                           United States District Judge