1 BENJAMIN B. WAGNER
  United States Attorney
2 MICHAEL D. ANDERSON
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2700



**FILED**

JUN 2 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   No. CR. S-08-319 EJG
                                  )   No. CR. S-07-363 EJG
11              Plaintiff,        )   No. CR. S-07-206 EJG
                                  )
12      v.                        )
                                  )
13 JOSE EDUARDO MORAN-MARQUEZ,    )   MOTION AND          ORDER TO
                                  )   DISMISS INDICTMENT AND
14              Defendant.        )   SUPERVISED RELEASE PETITIONS
   _____)

15

16      The United States Attorney's Office, pursuant to Rule 48(a)

17 of the Federal Rules of Criminal Procedure, hereby moves to

18 dismiss the indictment in case 08-319 EJG against JOSE EDUARDO

19 MORAN-MARQUEZ without prejudice in the interest of justice.  I

20 have spoken with defense counsel in this case, Tim Zindel, and he

21 stated that he has no objection to this motion.

22      The United States Attorney's Office hereby moves to dismiss

23 the petitions for violations of supervised release in case numbers

24 07-363 EJG and 07-206 EJG against JOSE EDUARDO MORAN-MARQUEZ

25 without prejudice in the interest of justice.  I have spoken with

26 defense counsel in this case, Tim Zindel, and he stated that he

27 has no objection to this request.  I have spoken with Supervising

28 ///

                                  1

1  Probation Officer Linda Alger, and she stated that the United

2  States Probation Office has no objection to this request.

3

4  DATED: June 18, 2010                Respectfully submitted,

5                                      BENJAMIN B. WAGNER
                                       United States Attorney
6

7                                 By:   /s/ Michael D. Anderson
                                       MICHAEL D. ANDERSON
8                                      Assistant U.S. Attorney

9

10

11

12                                      **ORDER**

13

14      **IT IS HEREBY ORDERED** that the indictment in case No. CR. S-

15  08-319 EJG and the petitions in case Nos. CR. S-07-363 EJG and CR.

16  S-07-206 EJG be dismissed against defendant JOSE EDUARDO MORAN-

17  MARQUEZ without prejudice in the interest of justice.

18

19
   DATED:    6/21/10                    _____
20                                      HON. EDWARD J. GARCIA
                                        United States District Judge
21

22

23

24

25

26

27

28

                                    2